No. 90–1624. AUGER ET AL. *v.* TENEYCK ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–1626. ABERCROMBIE ET AL. *v.* CLARKE, COMPTROLLER OF THE CURRENCY. C. A. 7th Cir. Certiorari denied.

No. 90–1630. ON LEONG CHINESE MERCHANTS ASSOCIATION BUILDING ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1631. WILSON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–1641. EARGLE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1649. ROJAS *v.* ALEXANDER'S DEPARTMENT STORE, INC. C. A. 2d Cir. Certiorari denied.

No. 90–1656. NARAYAN *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–1666. BOYETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1667. SPERRY CORP. ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–1672. HOFFMAN *v.* KIMPTON. Sup. Ct. Mont. Certiorari denied.

No. 90–1674. DENENBURG ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1677. STARNS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–1686. RODRIGUEZ-CARDONA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–1688. RICHMOND, FREDERICKSBURG & POTOMAC RAILROAD CO. ET AL. *v.* DAINGERFIELD ISLAND PROTECTIVE SOCIETY ET AL. C. A. D. C. Cir. Certiorari denied.